DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORENCE WOODWARD,**
Appellant,

v.

**ORATOR E. WOODWARD,** individually and as trustee of
**THE MARY T. WOODWARD TRUST OF 1972**, **SERENA WOODWARD
TRUST OF 2002**, and **THE EL BRAVO TRUST OF 2002,**
and **SERENA WOODWARD**,
Appellees.

No. 4D20-2105

[July 22, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case No. 50-2012-CP-001748-XXXX-NB.

Lisa Paige Glass of Glass Law Office, P.A., Boca Raton, for appellant.

David L. Gorman of David L. Gorman, P.A., North Palm Beach, for appellee Orator E. Woodward.

Theodore S. Kypreos of Jones Foster P.A., West Palm Beach, for appellee Serena Woodward.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***